JS-6

David K. Caplan (State Bar No. 181174)
Konrad K. Gatien (State Bar No. 221770)
Matthew D. Klafter (State Bar No. 248136)
KEATS McFARLAND & WILSON
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: dcaplan@kmwlaw.com
       kgatien@kmwlaw.com
       mklafter@kmwlaw.com

Attorneys for Plaintiffs
Monkeys in Silk Productions, L.L.C. and
Michael Rotman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MONKEYS IN SILK PRODUCTIONS, L.L.C., a California limited liability company; and MICHAEL ROTMAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MEB ENTERPRISES, L.L.C., a California limited liability company; and MARK BURMAN, an individual; <br><br> Defendants. | Case No.: CV 08-06326 CBM (FMOx) <br><br> [~~Proposed~~] <br><br> JUDGMENT |

1  Plaintiffs MONKEYS IN SILK PRODUCTIONS, L.L.C. and MICHAEL
2  ROTMAN (hereinafter "Plaintiffs") having filed a Complaint in this action charging
3  defendants MEB ENTERPRISES, L.P. and MARK BURMAN, (hereinafter
4  "Defendants") with breach of contract and copyright infringement, and the parties
5  desiring to settle the controversy between them, it is
6      **ORDERED, ADJUDGED AND DECREED** as between the parties hereto
7  that:
8      1.   This Court has jurisdiction over the parties to this action and over the
9  subject matter hereof pursuant to 17 U.S.C. § 501; 28 U.S.C. § 1331 and § 1338(b);
10 and 28 U.S.C. § 1367.  Venue in this district is proper pursuant to 28 U.S.C. §§
11 1400(a) and 1391 (b), and (c).  Service was properly made against Defendants.
12 Defendants have consented to jurisdiction and do not contest service.
13     2.   Plaintiff, Michael Rotman, owns the copyright of that certain motion
14 picture entitled STAR WAIT, further identified by United States Copyright Office
15 U.S. Registration No. PA-1-366-161 (hereinafter, the "Picture").
16     3.   Defendants have engaged in the unauthorized distribution of the Picture.
17     4.   Defendants and their officers, directors, employees, attorneys, partners,
18 agents, subsidiaries, successors, assigns, affiliates and any and all persons and entities
19 under Defendants' direction or control, or in active concert or participation with any
20 of them, agree to be and are immediately and permanently enjoined and restrained
21 throughout the world from:
22         (a)   advertising, promoting, renting, distributing, reproducing,
23               displaying, performing, transmitting, adapting, publishing,
24               copying, offering for sale and/or selling the Picture and/or any part
25               thereof;
26         (b)   advertising, promoting, renting, distributing, reproducing,
27               displaying, performing, transmitting, adapting, publishing,
28

|   |   |
|---|---|
| 1 | copying, offering for sale and/or selling any work that is |
| 2 | substantially similar to the Picture and/or any part thereof; and |
| 3 | (c) assisting, aiding or abetting any other person or business entity in |
| 4 | engaging in or performing any of the above-described acts. |

5. Plaintiffs have elected to receive statutory damages for copyright infringement pursuant to 17 U.S.C. § 504. Plaintiffs have made an adequate showing of willful infringement. We find that $150,000 in statutory damages for infringement of the Picture is appropriate. Therefore, Plaintiffs are hereby awarded $150,000 in statutory damages jointly and severally from Defendants. In addition, Defendants are liable for Plaintiffs' attorneys' fees in the amount of $25,000. These statutory damages and attorneys' fees are to be paid to Plaintiffs no later than thirty (30) days from the date of entry of this Judgment.

6. Defendants and Plaintiffs agree that this Judgment and all of its terms shall be binding upon and inure to the benefit of their respective heirs, successors and assigns, and that this Judgment and all of its terms shall be non-dischargeable in the event that the Defendants, or any of them, shall become insolvent or file for bankruptcy.

7. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction, modification or enforcement of the settlement agreement between the parties, this Judgment, and the enforcement thereof and the punishment of any violations thereof.

8. This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

\\\
\\\
\\\
\\\

9.  The Court expressly determines that there is no just reason for delay in entering this Judgment, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of judgment against Defendants.

Dated: January 12, 2009, Los Angeles, California.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

DAVID K. CAPLAN
KONRAD K. GATIEN
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
(310) 248-3830

_____
Konrad K. Gatien
Attorneys for Plaintiffs

## CONSENTS

The undersigned hereby consent to the entry of the foregoing Judgment.

Dated: March 4, 2008        MEB ENTERPRISES, L.P.

By: _____
Printed Name MARK Bu~
Its: Man A~

Dated: March 4, 2008        MARK BURMAN

By: _____

-3-